# United States Court of Appeals
### For the Eighth Circuit

_____

No. 17-2513
_____

Gamada Ahmed Hussein,

*Plaintiff - Appellant*,

v.

Jefferson B. Sessions, III, U.S. Attorney General; U.S. Department of Justice;
Christopher Wray,[1] Director, Federal Bureau of Investigation; John Does,

*Defendants - Appellees*.

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: March 7, 2018
Filed: March 21, 2018
[Unpublished]

_____

Before COLLOTON, BOWMAN, and BENTON, Circuit Judges.

_____

---

[1]Christopher Wray is substituted for his predecessor under Federal Rule of
Appellate Procedure 43(c).

PER CURIAM.

Gamada Hussein appeals the district court's[2] dismissal of his civil rights action for failure to state a claim and lack of subject matter jurisdiction. Upon de novo review, we conclude that even assuming the district court had jurisdiction to consider Hussein's claim under the Privacy Act, the complaint failed to state a claim, and we affirm the dismissal of the remaining claims for the reasons stated by the district court. *See* 8th Cir. R. 47B.

_____

[2]The Honorable Susan Richard Nelson, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Steven E. Rau, United States Magistrate Judge for the District of Minnesota.